UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUB. EMP. FOR ENV'T RESPONSIBILITY,<br><br>        Plaintiff<br><br>        v.<br><br>BUREAU OF INDIAN EDUCATION,<br><br>        Defendant. | Civil Action No. 23-2194 (ABJ)<br>(ECF) |

### DEFENDANT'S STATUS REPORT

The Bureau of Indian Education ("Defendant"), by and through undersigned counsel, respectfully submit this Status Report in response to the Court's Minute Order dated November 6, 2023. In support hereof, Defendant respectfully proffers the following good cause:

1. Public Employees for Environmental Responsibility ("Plaintiff") commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), "seeking the report of investigation compiled by BIE in the latter half of 2022 concerning wide-ranging improprieties, ranging from sexual assaults on students to embezzlement and theft of property at Haskell [Indian Nations University]." *See* ECF No. 1 at 3 ¶ 11.

2. As Defendant reported in its earlier status report, it has released one report that it deemed to be fully responsive to Plaintiff's FOIA request. Since then, the parties have been working amicably to resolve this case without burdening the Court further. The parties continue to dialogue with that goal in mind.

3. Defendant has notified Plaintiff that it believes that there are no other records in its possession currently that are response to Plaintiff's FOIA request as written. The parties anticipate that they would be conferring some more in the coming weeks and report to the Court on any progress made.

4. Thus, Defendant respectfully requests that the Court permit it to file another status report no later than January 12, 2024. A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just a welcome if the Court prefers.

December 5, 2023                                  Respectfully submitted,

                                                  MATTHEW M. GRAVES, D.C. Bar #481052
                                                  United States Attorney

                                                  BRIAN P. HUDAK
                                                  Chief, Civil Division

                                                  By:        /s/
                                                  KENNETH ADEBONOJO
                                                  Assistant United States Attorney
                                                  United States Attorney's Office-DC
                                                  601 D Street, N.W. – Civil Division
                                                  Washington, D.C.  20530
                                                  Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUB. EMP. FOR ENV'T RESPONSI-BILITY<br><br>Plaintiff<br><br>v.<br><br>BUREAU OF INDIAN EDUCATION,<br><br>Defendant. | Civil Action No. 23-2194 (ABJ)<br>(ECF) |

## ORDER

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that Defendant shall file another Status Report no later than January 12, 2024.

HON. AMY BERMAN JACKSON<br>
UNITED STATES DISTRICT JUDGE