UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUB. EMP. FOR ENV'T RESPONSIBILITY<br><br>Plaintiff<br><br>v.<br><br>BUREAU OF INDIAN EDUCATION,<br><br>Defendant. | Civil Action No. 23-2194 (LLA)<br>(ECF) |

## DEFENDANT'S STATUS REPORT

The Bureau of Indian Education ("Defendant" or "BIE"), by and through undersigned counsel, respectfully submit this Status Report in response to the Court's Minute Order dated December 6, 2023. In support hereof, Defendant respectfully proffers the following good cause:

1. Public Employees for Environmental Responsibility ("Plaintiff") commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), "seeking the report of investigation compiled by BIE in the latter half of 2022 concerning wide-ranging improprieties, ranging from sexual assaults on students to embezzlement and theft of property at Haskell [Indian Nations University]." *See* ECF No. 1 at 3 ¶ 11.

2. Defendant has released one report that it deems to be fully responsive to Plaintiff's FOIA request. Plaintiff denies that the report is fully responsive and provided some rebuttals to Defendant today. The undersigned will need some guidance from Agency Counsel before Defendant is able to respond to Plaintiff's submission.

3.     Thus, Defendant respectfully requests that the Court permit it to file another status report no later than March 1, 2024.   A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just a welcome if the Court prefers.

January 12, 2024                                   Respectfully submitted,

                                                                MATTHEW M. GRAVES, D.C. Bar #481052
                                                                United States Attorney

                                                                BRIAN P. HUDAK
                                                                Chief, Civil Division

                                                                By:      /s/
                                                                KENNETH ADEBONOJO
                                                                Assistant United States Attorney
                                                                United States Attorney's Office-DC
                                                                601 D Street, N.W. – Civil Division
                                                                Washington, D.C.  20530
                                                                Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUB. EMP. FOR ENV'T RESPONSI-BILITY<br><br>**Plaintiff**<br><br>v.<br><br>**BUREAU OF INDIAN EDUCATION,**<br><br>**Defendant.** | Civil Action No. 23-2194 (LLA)<br>(ECF) |

**ORDER**

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that Defendant shall file another Status Report no later than March 1, 2024.

HON. LOREN L. ALIKHAN<br>
UNITED STATES DISTRICT JUDGE