UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>*Plaintiff*,<br><br>v.<br><br>BUREAU OF INDIAN EDUCATION<br><br>*Defendant.* | CIVIL ACTION NO. 1:23-cv-2194 (LLA) (ECF) |

## JOINT STATUS REPORT

Public Employees for Environmental Responsibility ("Plaintiff") and the Bureau of Indian Education ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order dated January 12, 2024. In support hereof, the parties jointly proffer the following:

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), "seeking the report of investigation compiled by BIE in the latter half of 2022 concerning wide-ranging improprieties, ranging from sexual assaults on students to embezzlement and theft of property at Haskell [Indian Nations University]." *See* ECF No. 1 at 3 ¶ 11.

2. Defendant has released one report that it deems to be fully responsive to Plaintiff's FOIA request. Plaintiff denies that the report is responsive to its request and the parties are in discussions to try to resolve their differences regarding this discreet issue.

1

3.      Thus, the parties respectfully request that the Court permit it to file another status report no later than March 18, 2024, to give the parties some additional time to amicably resolve their dispute.

4.      If the parties are unable to resolve their differences, they anticipate filing a briefing schedule by the next due date.

A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just a welcome if the Court prefers.

March 1, 2024                                                    Respectfully submitted,


/s/ Laura Dumais
Laura Dumais, DC Bar # 1024007
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-DC
601 D Street, N.W. B Civil Division
Washington, D.C.   20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>*Plaintiff*,<br><br>v.<br><br>BUREAU OF INDIAN EDUCATION<br><br>*Defendant*. | CIVIL ACTION NO. 1:23-cv-2194 (LLA) (ECF) |

## **ORDER**

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 2024, hereby

**ORDERED**, that the parties' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that the parties may file another Joint Status Report or briefing schedule no later than March 18, 2024.

HON. LOREN L. ALIKHAN
UNITED STATES DISTRICT JUDGE

3