UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> *Plaintiff*, <br><br> v. <br><br> BUREAU OF INDIAN EDUCATION <br><br> *Defendant.* | CIVIL ACTION NO. 1:23-cv-2194 (LLA) (ECF) |

**JOINT STATUS REPORT**

Public Employees for Environmental Responsibility ("Plaintiff") and the Bureau of Indian Education ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.  In support hereof, the parties jointly proffer the following:

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), "seeking the report of investigation compiled by BIE in the latter half of 2022 concerning wide-ranging improprieties, ranging from sexual assaults on students to embezzlement and theft of property at Haskell [Indian Nations University]."  *See* ECF No. 1 at 3 ¶ 11. Plaintiff had submitted this request on April 20, 2023

2. Previously Defendant had proffered a separate, unrelated report which was not responsive to Plaintiff's request, which was why the parties anticipated moving to a briefing schedule with the instant status report. After the parties conferred, Defendant now states it will produce the requested report, but it has not yet begun to apply redactions. Defendant will

1

produce the requested report by April 8, 2024 and the report's exhibits by May 2, 2024.

3.  The parties respectfully request that the Court permit them to file another status report no later than May 16, 2024, to allow time for the parties to attempt to amicably resolve any remaining disputes.

4.  If the parties are unable to resolve their differences, they anticipate filing a briefing schedule by the next due date.

A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just a welcome if the Court prefers.

March 18, 2024                    Respectfully submitted,


/s/ Laura Dumais
Laura Dumais, DC Bar # 1024007
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-DC
601 D Street, N.W. B Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> *Plaintiff*, <br><br> v. <br><br> BUREAU OF INDIAN EDUCATION <br><br> *Defendant*. | CIVIL ACTION NO. 1:23-cv-2194 (LLA) (ECF) |

**ORDER**

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 2024, hereby

**ORDERED**, that the parties' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that the parties may file another Joint Status Report or briefing schedule no later than May 16, 2024.

HON. LOREN L. ALIKHAN
UNITED STATES DISTRICT JUDGE

3