**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> *Plaintiff*, <br><br> v. <br><br> BUREAU OF INDIAN EDUCATION <br><br> *Defendant.* | CIVIL ACTION NO. 1:23-cv-2194 (LLA) (ECF) |

**JOINT STATUS REPORT**

Public Employees for Environmental Responsibility ("Plaintiff") and the Bureau of Indian Education ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in this case under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"). In support hereof, the parties jointly proffer the following:

1. This case stems from Plaintiff's April 20, 2023 FOIA request for the report concluding Defendant's 2022 investigation concerning wide-ranging improprieties, ranging from sexual assaults on students to embezzlement and theft of property at Haskell Indian Nations University. *See* ECF No. 1 at 3 ¶ 11.

2. During the course of the litigation BIE provided the requested report and its exhibits. The parties have resolved all outstanding issues on the merits and are conferring regarding fees. They anticipate requiring roughly a month and a half to do so.

3. Accordingly, the parties propose that by July 1, 2024, they shall file a stipulation of settlement and dismissal or, if negotiations are still ongoing, a further status report. A proposed Order reflecting the requested relief is attached for the Court's consideration,

but a Minute Order would be just a welcome if the Court prefers.

May 16, 2024                              Respectfully submitted,


                                          /s/ Laura Dumais
                                          Laura Dumais, DC Bar # 1024007
                                          Public Employees for Environmental Responsibility
                                          962 Wayne Ave, Suite 610
                                          Silver Spring, MD 20910
                                          (202) 265-7337


                                          MATTHEW M. GRAVES, D.C. Bar #481052
                                          United States Attorney

                                          BRIAN P. HUDAK
                                          Chief, Civil Division

                                          By:    /s/
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney
                                          United States Attorney's Office-DC
                                          601 D Street, N.W. ☐ Civil Division
                                          Washington, D.C.  20530
                                          Telephone: (202) 252-2562

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, *Plaintiff*, v. BUREAU OF INDIAN EDUCATION *Defendant*. | CIVIL ACTION NO. 1:23-cv-2194 (LLA) (ECF) |

## ORDER

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 2024, hereby

**ORDERED**, that the parties' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that the parties may file another Joint Status Report or briefing schedule no later than July 1, 2024.

_____
HON. LOREN L. ALIKHAN
UNITED STATES DISTRICT JUDGE